# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 25, 2014

148477(18)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

                                       SC: 148477
                                       COA: 317255
                                       Lake CC: 12-005013-FH;
                                                       12-005014-FH

PAUL DEAN BURNS, JR.,
       Defendant-Appellant.

_____/

       On order of the Court, the motion for reconsideration of this Court's April 28, 2014 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



       I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 25, 2014


                            Clerk

h1117